**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6378**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VANCE MARCEL GIBSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-93-211)

---

Submitted: May 15, 1997          Decided: May 29, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vance Marcel Gibson, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions for disclosure of the grand jury concurrence form and return of seized property. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. <u>United States v. Gibson</u>, No. CR-93-211 (M.D.N.C. Feb. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>